USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/10/2025

SOUTHERN DISTRICT OF NEW YORK

MARCOS MORALES, on behalf of himself and all others similarly situated,

           Plaintiff,

-against-

UVERAL MEAT MARKET & GROCERY CORP., JAHN CRUZ YNFANTE, MAYELIN CRUZ and JONATHAN VARGAS,

           Defendant.

1:24-cv-8609-MKV

**DISMISSAL ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court has been informed by the mediator in this case that the parties have reached a settlement in principle.  Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by October 10, 2025.  If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

IT IS FURTHER ORDERED that any pending deadlines and the upcoming October 28, 2025 conference are adjourned *sine die*.

**SO ORDERED.**

Date: **September 10, 2025**
      **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**